*ton* v. *Automobile Workers,* 451 U. S. 679 (1981).

No. 80–1166.   MISSOURI *v.* SINCLAIR.   Ct. App. Mo., Southern Dist.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Albernaz* v. *United States,* 450 U. S. 333 (1981).

No. 80–1561.   MISSOURI *v.* LOWERY.   Ct. App. Mo., Eastern Dist.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Albernaz* v. *United States,* 450 U. S. 333 (1981).

No. 80–1741.   GLITSCH, INC. *v.* JONES.   C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Texas Dept. of Community Affairs* v. *Burdine,* 450 U. S. 248 (1981).

No. A–918.   BECKER ET AL. *v.* UNITED STATES ET AL.   D. C. E. D. Cal.   The temporary stay heretofore entered by JUSTICE REHNQUIST is continued pending further order of the Court.

No. A–923.   DONOHUE *v.* UNITED STATES.   D. C. Md. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–229.   IN RE DISBARMENT OF LISNER.   Disbarment entered.   [For earlier order herein, see 450 U. S. 1038.]

No. D–230.   IN RE DISBARMENT OF CONROY.   Disbarment entered.   [For earlier order herein, see 450 U. S. 1038.]